**Salvador Aguilar VENCES and Maria Esther Aguilar Lara, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–73926.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 24, 2014.

Mike Singh Sethi, Esquire, Orange, CA, for Petitioners.

David V. Bernal, Assistant Director, Jennifer Paisner Williams, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Salvador Aguilar Vences and Maria Esther Aguilar Lara, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen alleging ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion to reopen where they failed to establish prejudice from the alleged ineffective assistance. *See id.* at 901–03; *Ortiz v. INS,* 179 F.3d 1148, 1153–54 (9th Cir.1999) (no prejudice where petitioners failed to describe the evidence that counsel incompetently failed to introduce).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.